**Andrea L. NEWPORT, Petitioner/Respondent,**

v.

**Timothy J. NEWPORT, Respondent/Appellant.**

No. ED 100859

Missouri Court of Appeals,
Eastern District,
*DIVISION ONE.*

Filed: March 3, 2015

Robert Hamilton, John Fenley (co-counsel), 2016 South Big Bend Blvd., St. Louis, Missouri 63117, for appellant.

Joel Eisenstein, Jenna Rohr Conley (co-counsel), 60 Hill Pointe Court, Upper Level Suite 200, St. Charles, Missouri 63303, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

Father Timothy J. Newport appeals the judgment of the Circuit Court of St. Charles County denying his motion to modify custody of his and mother Andrea L. Newport's three minor children. We affirm the trial court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).